# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CHAPTER 11 |
| KENNEDY SUPPLEE ASSOCIATES, L.P., | BANKRUPTCY NO. 05-15267 (JKF) |
| Debtor. | |
| KENNEDY SUPPLEE ASSOCIATES, L.P., | |
| Plaintiff, | ADV NO. 07-0176 (JKF) |
| v. | |
| CONCORDIA, INC., | |
| Defendant. | |

**ORDER GRANTING EXPEDITED CONSIDERATION OF THE MOTION**
**TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

AND NOW, this 11th day of March, 2008, upon consideration of the Application of Kennedy Supplee Associates, L.P. (the "Debtor") and Cignature Hospitality Ltd. ("Cignature") to Shorten Time and Limit Notice on the Motion for a Temporary Restraining Order and Preliminary Injunction (the "Motion") enjoining Defendant Concordia, Inc. ("Concordia") from proceeding with execution of a judgment entered by the Court of Common Pleas of Chester County Pennsylvania, and proceeding with the sheriff sale of real property located at 2213 Lincoln Highway, Caln Township, Coatsville Pennsylvania; and this Court having found that cause exists for shortening the time to respond, and for limiting notice of the Motion; it is therefore

4249133

ORDERED that a hearing on the Motion shall be held on Monday, March 24, 2008 before this Court in Courtroom No. 5, United Sates Bankruptcy Court, 900 Market Street, Philadelphia, PA 19102, at 10:00 o'clock a.m.; and it is further

ORDERED that the Debtor shall serve a copy of this Order by overnight courier upon counsel to Concordia within one day of the entry of this Order.

BY THE COURT

_____
Honorable Jean K. FitzSimon
United States Bankruptcy Judge

4249133

2